

# IN THE
# TENTH COURT OF APPEALS

## No. 10-21-00214-CR

## EX PARTE GARY ARTHUR AYERS

## Original Proceeding

## From the 54th District Court
## McLennan County, Texas
## Trial Court No. 2019-120-C2

## MEMORANDUM OPINION

Through a form document entitled, "Petition for Relief From a Conviction or Sentence By a Person in State Custody," Gary Arthur Ayers, a prison inmate, wants a sentence reduction, a new trial, or a reversal and remand to vacate his sentence. Essentially, Ayers is requesting post-conviction relief.[1]

As an intermediate appellate court in Texas, our jurisdiction is limited. We do not have habeas corpus jurisdiction of any request for post-conviction relief in a felony

---

[1] The form used by Ayers is for a "Petition Under 28 U.S.C. § 2254 for A Writ of Habeas Corpus." Instruction 8 instructs the applicant to send the form to the "Clerk of the United States District Court." It was mailed to the Clerk of the Tenth Court of Appeals of Texas.

proceeding. *See Olivo v. State*, 918 S.W.2d 519, 525 n.8 (Tex. Crim. App. 1996); *see also* TEX. CODE CRIM. PROC. arts. 11.05, 11.07; *Ex parte Mendenhall*, 209 S.W.3d 260, 261 (Tex. App.—Waco 2006, no pet.). According to Ayers, he was convicted of the felony offense of possession of heroin and methamphetamine with an intent to deliver and sentenced to 30 years in prison. *See* TEX. HEALTH & SAFETY CODE § 481.112; TEX. PENAL CODE § 12.32(a).

Because we have no jurisdiction, this proceeding is dismissed for want of jurisdiction.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
     Justice Rose,[2] and
     Justice Wright[3]
Appeal dismissed
Opinion delivered and filed August 31, 2021
Do not publish
[OT06]



---

[2] The Honorable Jeff Rose, Former Chief Justice of the Third Court of Appeals, sitting by assignment of the Chief Justice of the Texas Supreme Court. *See* TEX. GOV'T CODE §§ 74.003, 75.002, 75.003.

[3] The Honorable Jim R. Wright, Senior Chief Justice (Retired) of the Eleventh Court of Appeals, sitting by assignment of the Chief Justice of the Texas Supreme Court. *See* TEX. GOV'T CODE §§ 74.003, 75.002, 75.003.